UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA A ROBINET, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| YAM S. TONG, D.O., | ) | Formerly Case No. 2018 L 011983 |
| | ) | Circuit Court of Cook County, Illinois |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:     Dorothy Brown                              Erron H. Fisher
        Clerk of the Circuit Court                 Fisher & LaMonica, P.C.
        Richard J. Daley Center, Room 1001         100 S Wacker Drive, Suite 1160
        50 West Washington Street                  Chicago, Illinois 60606
        Chicago, Illinois 60602

The United States, by its attorney, John R. Lausch, Jr., United States Attorney for the

Northern District of Illinois, submits this notice of removal of the above-captioned civil action

from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern

District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1.      On November 5, 2018, plaintiff Linda A. Robinet commenced the above civil

action against Yam S. Tong, D.O., alleging medical malpractice.  A copy of the state court

complaint is attached as Exhibit A.  For purposes of this lawsuit, PCC Community Wellness Center

is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C.

§ 233.  *See* Exhibit B.  In addition, Yam S. Tong, D.O., was acting within the scope of his

employment at the Access Community Health Network with respect to the incidents referred to in

the complaint.  *Id.*

2.     This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Access Community Health Network was a private entity receiving grant money from the Public Health Service and that defendant Yam S. Tong, D.O., was acting within the scope of his employment at the PCC Community Wellness Center with respect to the incidents referred to in the complaint. Exhibit B.

3.     This notice of removal may be filed without bond at any time before trial.  42 U.S.C. § 233(c).  Trial has not yet been had in this action.

4.     Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendant Yam S. Tong, D.O.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Yam S. Tong, D.O.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Gina Brock
        GINA BROCK
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-7919
        gina.brock@usdoj.gov

# Exhibit A

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 3320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons                           (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LINDA A. ROBINET                                   2018L011983

(Name all parties)        Case No.

YAM S. TONG, D.O.

Please serve:  Yam S. Tong, D.O.
                        PCC Community Wellness Center
☒ SUMMONS  ☐ ALIAS SUMMONS    1 Erie St, Suite 7140
                        Oak Park, IL 60302

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 5

**Summons - Alias Summons** (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 48935

Atty. Name: EHP / Fisher & LaMonica, P.C.

Atty. for: Plaintiff

Address: 100 S. Wacker Drive, Suite 1160

City: Chicago

State: IL    Zip: 60606

Telephone: 312/345-0500

Primary Email: efisher@fisherlamonicalaw.com

Witness: 11/5/2018

11/5/2018 10:34 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

### Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 501
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

2120 - Served          2121 - Served
2220 - Not Served      2221 - Not Served
2320 - Served By Mail  2321 - Served By Mail
2420 - Served By Publication  2421 - Served By Publication
Summons - Alias Summons                    (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

LINDA A. ROBINET                              2018L011983

(Name all parties)        Case No.

YAM S. TONG, D.O.                   Please serve  Yam S. Tong, D.O.
                                    PCC Community Wellness Center
            ☑ SUMMONS  ☐ ALIAS SUMMONS  1 Erie St, Suite 7140
                                    Oak Park, IL 60302

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of
which is hereto attached, or otherwise file your appearance and pay the required fee within thirty
(30) days after service of this Summons, not counting the day of service. To file your answer or
appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate
this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to
the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief
requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service,
with endorsement of service and fees, if any, immediately after service. If service cannot be made,
this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30)
days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 5

**Summons - Alias Summons**                                    (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 48935

Atty Name: EHF / Fisher & LaMonica, P.C.

Atty. for: Plaintiff

Address: 100 S. Wacker Drive, Suite 1160

City: Chicago

State: IL     Zip: 60606

Telephone: 312/345-0500

Primary Email: efisher@fisherlamonicalaw.com

11/5/2018

Witness: _____

11/5/2018 10:34 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:
(To be inserted by officer on copy left with
Defendant or other person):

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

Richard J Daley Center
50 W Washington
Chicago, IL 60602

District 2 - Skokie
5600 Old Orchard Rd
Skokie, IL 60077

District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

District 4 - Maywood
1500 Maybrook Ave
Maywood, IL 60153

District 5 - Bridgeview
10220 S 76th Ave
Bridgeview, IL 60455

District 6 - Markham
16501 S Kedzie Pkwy
Markham, IL 60428

Domestic Violence Court
555 W Harrison
Chicago, IL 60607

Juvenile Center Building
2245 W Ogden Ave, Rm 13
Chicago, IL 60602

Criminal Court Building
2650 S California Ave, Rm 526
Chicago, IL 60608

## Daley Center Divisions/Departments

Civil Division
Richard J Daley Center
50 W Washington, Rm 601
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Chancery Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Domestic Relations Division
Richard J Daley Center
50 W Washington, Rm 802
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Civil Appeals
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Criminal Department
Richard J Daley Center
50 W Washington, Rm 1006
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

County Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Probate Division
Richard J Daley Center
50 W Washington, Rm 1202
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Law Division
Richard J Daley Center
50 W Washington, Rm 801
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

Traffic Division
Richard J Daley Center
50 W Washington, Lower Level
Chicago, IL 60602
Hours: 8:30 am - 4:30 pm

FILED
11/5/2018 10:34 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011983

#48935

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LINDA A. ROBINET,                    )
                                     )
                Plaintiff,           )
                                     )
        vs.                          )      No.      2018L011983
                                     )
YAM S. TONG, D.O.,                   )
                                     )
                Defendant.           )

## PLAINTIFF'S COMPLAINT AT LAW

NOW COMES the Plaintiff, LINDA A. ROBINET, by and through her attorneys,

FISHER & LAMONICA, P.C., and complaining against Defendant, Yam S. Tong, D.O., states as

follows:

### COUNT I: MEDICAL NEGLIGENCE
### YAM S. TONG, D.O.

1.      At all times relevant herein, the Plaintiff, LINDA A. ROBINET, was and is a

resident of the Village of River Forest, County of Cook, State of Illinois.

2.      At all times relevant herein, Defendant, YAM S. TONG, D.O., practiced

obstetrics and gynecology within the facilities of West Suburban Medical Center in Oak Park,

Illinois.

3.      On or about December 19, 2016, and at all times relevant herein, the Defendant,

Yam Shun Tong, D.O., was in the business of providing medical and gynecological services to

patients, including the Plaintiff, LINDA A. ROBINET, within the County of Cook, State of

Illinois.

4.      On or about December 19, 2016, and at all times relevant herein, Defendant YAM

FILED DATE: 1/5/2018 10:34 AM 2018L011983

SHUN TONG, D.O., held himself out to the public as having the skills necessary to attend to and care for the Plaintiff, LINDA A. ROBINET.

5. On or about December 19, 2016, and at all times relevant herein, the Defendant, YAM S. TONG, D.O., was a medical doctor, duly licensed to practice his profession in the State of Illinois.

6. On or about December 19, 2016, and at all times relevant herein, the Defendant, YAM S. TONG, D.O., practiced within the specialty of gynecology.

7. At all times relevant herein, the Defendant, YAM S. TONG, D.O., held himself out and otherwise informed the public that he had and possessed the requisite skill, competence, know-how, personnel and equipment to properly care for and treat patients therein, including the Plaintiff, LINDA A. ROBINET.

8. At all times relevant herein, the Defendant, YAM S. TONG, D.O., in his professional capacity as aforesaid, did have come under his care and did attend to and treat the Plaintiff, LINDA A. ROBINET.

9. On or about December 19, 2016, the Plaintiff, LINDA A. ROBINET presented to West Suburban Hospital in Oak Park, Illinois for a hysterectomy.

10. At all times relevant herein, the Defendant, YAM S. TONG, D.O., in his professional capacity as aforesaid, had a duty to possess and apply the knowledge and use the skill and care ordinarily used by reasonably well qualified gynecologist in performing a hysterectomy, practicing in the greater Chicagoland area under circumstances similar to those shown by the evidence.

11. On or about December 19, 2016, during the course of the hysterectomy, the

2

FILED DATE: 11/5/2018 10:34 AM   2018L011963

Defendant, YAM S. TONG, D.O., perforated LINDA A. ROBINET's appendix.

12.   On or about December 19, 2016, the perforation went undetected and the Plaintiff, LINDA A. ROBINET, was able to be later discharged from West Suburban Hospital.

13.   That following the hysterectomy and perforation, the Plaintiff returned to Defendant YAM S. TONG, D.O. at West Suburban Hospital with complaints of abdominal pain.

14.   That in three follow up visits with Defendant YAM S. TONG, D.O. at West Suburban Hospital, the perforation went undetected.

15.   During each of the follow-up visits with Defendant YAM S. TONG, D.O., the Plaintiff's medical condition declined with increasing complaints of pain.

16.   At all times relevant herein, the Defendant, YAM S. TONG, D.O., had a duty to use and apply the skills of a reasonably careful gynecologist in the same situation as will be shown by the evidence.

17.   At all times relevant herein, despite said duty, the Defendants, YAM S. TONG, D.O., deviated from the standard of care in performing the hysterectomy and subsequent care, was then and there guilty of the following negligent acts or omissions:

    a.   Carelessly and negligently performed a hysterectomy resulting in the perforation of the Plaintiff's appendix;

    b.   Carelessly and negligently failed to detect a perforation at the time of the procedure

    c.   Carelessly and negligently failed to detect the appendix perforation prior to discharging the Plaintiff;

    d.   Carelessly and negligently failed to appreciate the presence of symptoms indicating a perforation at follow-up medical visits;

    e.   Carelessly and negligently told the Plaintiff to "stop calling him" while she sought medical care for her evolving medical condition;

3

FILED DATE: 1/5/2018 10:34 AM  2018L011983

f.  Carelessly and negligently failed to refer the Plaintiff for appropriate care in the presence of a perforation.

18.  As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of the Defendants, YAM S. TONG, D.O., individually, and as an agent, servant, and/or employee of PCC, the Plaintiff was subjected to a negligent course of treatment and suffered from a perforated appendix, requiring emergency surgery to remove the appendix as well as past and future medical care, and causing past and future disability, pain and suffering, loss of normal life, and other such damages as will be shown by the evidence.

19.  The Plaintiff's damages are in excess of $50,000.00 the minimal jurisdictional amount for the Law Division, Circuit Court of Cook County.

20.  A Form 95 has been filed with the Federal Government, however, as of the time of filing of this action, YAM SHUN TONG, D.O., has not been certified pursuant to the Federal Tort Claims Act.  Upon acceptance of the Form 95, this case, filed alternatively to protect the statute, will be dismissed.

WHEREFORE, the Plaintiff LINDA A. ROBINET, prays for judgment in her favor and against the Defendant, YAM S. TONG, D.O., for past and future pain and suffering, past and future loss of normal life, past and future disfigurement, past and future disability, past and future medical expenses and for any other relief this Court deems just.

///

///

///

4

FILED DATE: 11/5/2018 10:34 AM 2018L0711983

Respectfully submitted,

FISHER & LAMONICA, P.C.

One of the Plaintiff's Attorneys

Lyron H. Fisher
FISHER & LAMONICA, P.C.
Attorney No. 48935
100 S. Wacker Drive, Suite 1160
Chicago, IL 60606
312/345-0500

#48935

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED
11/5/2018 10:34 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2018L011983

LINDA A. ROBINET )
)
Plaintiff, )
)
v. )           No.   2018L011983
)
YAM S. TONG, D.O., )
)
Defendant. )

**ATTORNEY'S AFFIDAVIT**

I, ERRON H. FISHER, being first duly sworn on oath, deposes and states as follows:

1.    That I am an attorney duly licensed to practice law in the State of Illinois.

2.    This cause is a medical negligence action which is filed pursuant to 735 ILCS 5/2-622.

3.    That Paragraph 1 of this Statute requires a report of a health professional.

4.    That I was unable to obtain a consultation regarding LINDA ROBINET, as required by 735 ILCS 5/2-622, because a Statute of Limitations would impair the action and the consultation required could not be obtained before the expiration of the Statute of Limitations.

5.    The certificate and written report required by paragraph 1 shall be filed within 90 days after the filing of this Complaint.

FURTHER, AFFIANT SAYETH NOT.

SUBSCRIBED AND SWORN TO
before me this 31 day
of October, 2018

NOTARY

Exhibit B

**<u>CERTIFICATION</u>**

Pursuant to the provisions of 42 U.S.C. § 233, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Linda A. Robinet v. Yam S. Tong, D.O.*, No. 18 L 11983 (Circuit Court of Cook County, Ill.), and all attachments thereto. On the basis of the information now available, I find that at the relevant times, the PCC Community Wellness Center (PCC) was a private entity receiving grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Further, I certify that Yam S. Tong, D.O., was acting within the scope of his employment at the PCC Community Wellness Center with respect to the incidents referred to in the complaint. Accordingly, for purposes of the above case, Yam S. Tong, D.O., is deemed to be an employee of the United States pursuant to 42 U.S.C. § 233, for federal statutory tort purposes only.

*Thomas Walsh*
THOMAS P. WALSH
Chief, Civil Division
Office of the United States Attorney
    for the Northern District of Illinois

Date: December 22, 2018